**Exhibit 1**
**West Virginia Cases with Pro Hac Vice Admissions**

| Case Name | Case No. | Court | Attorney(s) Admitted |
|---|---|---|---|
| AK Steel- Walters | 5:16-cv-06045 | USDC SDWV | Maureen A. Bickley |
| Jamen Davidovich | Permit No: 22882 | Board of Stewards – Mountaineer Racetrack | Joel B. Turner |
| Alexander M. Dawson v. Recovery Sports Grill Charleston, LLC d/b/a Recovery Sports Grill | EAR-187-13 ER-194-13 | West Virginia Human Rights Commission | Catherine Lacho |
| Gandee v. Huntington Bank | 14-C-98 | Upshur County Circuit Court | Alan Brown |
| Harshey, Dustin J. v. McElroy Coal Company, Conjeski, Michael, Harvey, Kenneth, Pickens, Michael, Joy Global, Inc. | 13-C-3K | Marshall County Circuit Court | Nicholas Pappas |
| Johnna Dyke v. McDonalds of Fairplain, West Virginia | 13-C-97 | Jackson County Circuit Court | Robert Hust |
| In re: Freedom Industries, Inc. | 2:14-bk-20017 | USDC SDWV – Bankruptcy | Ronald E. Gold Ted King Douglas L. Lutz |
| Hunt v. Tunnel Ridge LLC, et al. | 15-C-58 | Ohio County Circuit Court | Nicholas Pappas |
| Raheem Nader II v. Nursing Care Management of America, Inc., et al. | 13-C-694 | Kanawha County Circuit Court | David Skidmore |
| Elizabeth Spaulding v. Nursing Care Management, et al. | 13-C-1356 | Kanawha County Circuit Court | David Skidmore |
| Emerson Keith Sullivan v. BBL-Carlton, LLC | 13-C-561 | Kanawha County Circuit Court | Catherine Lacho |
| Emerson Keith Sullivan v. BBL-Carlton, LLC | ER-130-13 | West Virginia Human Rights Commission | Catherine Lacho |

**Exhibit 1**
**West Virginia Cases with Pro Hac Vice Admissions**

| | | | |
|---|---|---|---|
| State of WV ex rel. John D. Perdue v. Metropolitan Life Insurance Company | 12-C-295<br>12-C-363<br>12-C-376<br>12-C-419<br>12-C-430<br>12-C-433<br>12-C-447 | Putnam County Circuit Court | Brian P. Morrissey<br>Carol Lynn Thompson |
| In re: Summit III LLC | 2:11-bk-01448 | US Bankruptcy Court – NDWV | Ronald E. Gold |
| Rick Woodfell v. Harrell Memorial Nursing Home, Inc., et al. | 13-c-253 | Kanawha County Circuit Court | David Skidmore |