IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

DIANA MEY,

    Plaintiff,

v.

MARC SPORN, INDIVIDUALLY;
DYLAN SPORN, INDIVIDUALLY;
AMERCO GROUP, INC.; GENTECH, LLC;
and MEDI BIOTECH, LLC,

    Defendants.

Civil Action No.:_____
(Ohio Co. Civ. Action No. 16-C-198)

## AFFIDAVIT OF STEVEN B. ANTHONY

STATE OF CALIFORNIA  )
                              ) ss.
COUNTY OF SAN DIEGO  )

STEVEN B. ANTHONY, being duly sworn, deposes and says:

1. I have personal knowledge of the statements contained within this affidavit.

2. I am a member of Gentech, LLC.

3. I have been advised to retain legal counsel, but Gentech, LLC has not yet retained legal counsel in the above-captioned action.

4. I have the authority to make decisions on behalf of Gentech, LLC and to bind Gentech, LLC to those decisions.

5. On behalf of Gentech, LLC, I consent to the removal of the above-captioned action to Federal Court.

Further deponent sayeth not.

_____
Steven B. Anthony

Sworn to before me this _15_ day of

August, 2016.

_____
Notary Public
My Commission Expires:

0134332.0639202   4831-0639-6470v1

SEE ATTACHED
NOTARIZED DOCUMENT

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of San Diego )

On **15th August 2016** before me, **Robert Deriemer, Notary Public**,
    Date                                           Insert Name and Title of Officer Above

personally appeared **Steven Anthony**
                                         Name of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

**ROBERT DERIEMER**
Commission No. 2117297
NOTARY PUBLIC - CALIFORNIA
SAN DIEGO COUNTY
Commission Expires June 26, 2019

Signature _____
                         Signature of Notary Public

Place Notary Seal Above

---
**OPTIONAL**

Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: **Affidavit of Steven R. Anthony**

Document Date: **8/15/16**
Number of Pages: **2**     Signer(s) Other Than Named Above: _____

Capacity(ies) Claimed by Signer(s)
Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual ☐ Attorney in Fact
☐ Trustee ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual ☐ Attorney in Fact
☐ Trustee ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____