IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

DIANA MEY

       Plaintiff,                                Civil Action No.: 5:16CV131

                                                Judge Frederick P. Stamp, Jr.

v.

MARC SPORN, INDIVIDUALLY;
DYLAN SPORN, INDIVIDUALLY;
AMERCO GROUP, INC.; GENTECH, LLC; and
MEDI BIOTECH LLC,

       Defendants.

**STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANTS MARC SPORN, INDIVIDUALLY; DYLAN SPORN, INDIVIDUALLY; AMERCO GROUP, INC.; GENTECH, LLC; and MEDI BIOTECH LLC**

**TO ALL PARTIES:**

      **PLEASE TAKE NOTICE** that Plaintiff Diana Mey requests, pursuant to F.R.C.P 41(a)(1)(A)(ii), and the parties jointly stipulate, that defendants MARC SPORN, DYLAN SPORN, AMERCO GROUP, INC.; GENTECH, LLC; and MEDI BIOTECH LLC, be dismissed with prejudice from the above-titled action.

Dated:   November 1, 2016

| Prepared by: | Agreed to by: |
|---|---|
| **/s/ Charles R. Pinkerton** | **/s/ Jared M. Tully** |
| Charles R. Pinkerton (WV Bar No. 12249) | Jared M. Tully (WVSB# 9444) |
| PINKERTON LAW PRACTICE, PLLC | Frost Brown Todd LLC |
| 1237 Pineview Drive | 500 Lee Street East, Suite 401 |
| Morgantown, WV 26505 | Charleston, WV 25301-3207 |